C-13-15(a) Motion
(Rev 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

| | | |
|---|---|---|
| In Re:  Francis J. Joseph | ) | **Motion and Notice** |
|          Catherine Joseph | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-15-81239 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On February 11, 2016, the Debtor's Plan was confirmed. U.S. Bank Trust National Association was allowed a secured claim secured by the Debtors' real property. On February 6, 2020, U.S. Bank Trust National Association filed a Notice of Post-Petition Mortgage Fee, Expenses, and Charges ("the Notice") the amount of $596.61 representing a request for reimbursement of real property taxes for tax year 2019.

The Standing Trustee respectfully recommends to the Court that an Order be entered permitting the Trustee to disburse funds on the post-petition claim of U.S. Bank Trust National Association a post-petition claim in the amount of $596.61 payable in monthly installments of $59.00.

Date:  February 7, 2020                                                                                    /s/Richard M. Hutson II
        ltp                                                                                                      Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>March 10, 2020</u>, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>March 26, 2020</u>, at 9:30 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  February 7, 2020                                                                    OFFICE OF THE CLERK
                                                                                                        U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-15-81239 C13D**

Francis J. Joseph
Catherine Joseph
101 W. Emerson Grove Lane
Henderson, NC 27537

Brent Clifton Wootton, Esq.                CM/ECF electronic mail
Attorney for Debtor

Richard M. Hutson II, Esq.                 CM/ECF electronic mail
Standing Trustee

U.S. Bank Trust National Association
% BSI Financial Services
7505 Irvine Center Drive, Suite 200
Irvine, CA 92618

U.S. Bank Trust National Association
% BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038